PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           pamela.cogan@rmkb.com
blake.russum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO RIVAS,<br><br>         Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>         Defendant. | CASE NO.  3:15-CV-05984-MEJ<br><br>**STIPULATION DISMISSING ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the Plaintiff RODRIGO RIVAS and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON by and through their respective attorneys of record, that the above captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure 41(a)(I)(A)(ii).  Each party shall bear its own fees and costs.

//

//

//

//

//

//

4835-5498-9102.1

STIPULATION DISMISSING ACTION-
CASE NO.: 3:15-CV-05984-MEJ

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

Dated: March 2, 2016                SPRINGER & ROBERTS LLP

By: */s/ Michelle L. Roberts*
    Michelle L. Roberts
    Attorneys for Plaintiff
    RODRIGO RIVAS

Dated: March 2, 2016                ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Pamela E. Cogan*
    PAMELA E. COGAN
    BLAKE J. RUSSUM
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

### ~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

IT IS HEREBY ORDERED that pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: March 3, 2016                _____
                                    Judge Maria-Elena James
                                    UNITED STATES MAGISTRATE JUDGE